| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| ADAM I. GAFNI | SBN: 230045<br>ADAM I. GAFNI, LAW OFFICES OF:<br>2811 WILSHIRE BLVD #780  SANTA MONICA, CA 90403<br>TELEPHONE NO.: (424) 744-8344 | FAX NO. (424) 488-1344 | E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFF: | | |
| **EASTERN DISTRICT OF CALIFORNIA**<br>STREET ADDRESS: 501 I ST<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SACRAMENTO, CA 95814<br>BRANCH NAME: EASTERN DIST. OF CALIFORNIA | | Hearing Date:  Room:<br>Hearing Time:  Dept: |
| PLAINTIFF: DAVID GORDON OPPENHEIMER<br>DEFENDANT: WEST COAST AERIAL SERVICES, et al. | | CASE NUMBER:<br>2:15-CV-01240-TLN-DAD |
| **PROOF OF SERVICE** | | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET**

| | |
|---|---|
| PARTY SERVED: | **BARRY MACOMBER** |
| PERSON SERVED: | |
| BY LEAVING WITH: | **JEREMY HAFFER - SON** |
| DATE & TIME OF DELIVERY: | 7/23/2015<br>11:30 AM |
| ADDRESS, CITY, AND STATE: | **2367 Hyde Park Cir<br>Lodi, CA 952423249** |
| PHYSICAL DESCRIPTION: | Age: 35   Weight: 180   Hair: BROWN<br>Sex: Male   Height: 5-9"   Eyes: HAZEL<br>Skin: WHITE   Marks: |

MANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of JEREMY HAFFER a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. A declaration of diligence is attached. I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on July 24, 2015 from SACRAMENTO.

Fee for Service: $ 25.00
County: SACRAMENTO
Registration No.: 06-06
River City Process Service, Inc.
901 H Street, Suite 207
Sacramento, CA 95814
(877) 446-2051

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 24, 2015.

Signature: _____
TYLER DIMARIA

**PROOF OF SERVICE**

Order#: 109714/General

| Attorney or Party without Attorney: <br> ADAM I. GAFNI, SBN: 230045 <br> ADAM I. GAFNI, LAW OFFICES OF: <br> 2811 WILSHIRE BLVD #780 <br> SANTA MONICA, CA 90403 <br> TELEPHONE No.: (424) 744-8344  FAX No. (Optional): (424) 488-1344  E-MAIL ADDRESS (Optional): <br> Attorney for: PLAINTIFF | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> EASTERN DISTRICT OF CALIFORNIA - EASTERN DIST. OF CALIFORNIA | |
| Plaintiff: DAVID GORDON OPPENHEIMER | |
| Defendant: WEST COAST AERIAL SERVICES, et al. | |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:15-CV-01240-TLN-DAD |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SACRAMENTO, California, addressed as follows:

   a. Date of Mailing:      July 24, 2015
   b. Place of Mailing:     SACRAMENTO, CA
   c. Addressed as follows: BARRY MACOMBER
                            2367 Hyde Park Cir
                            Lodi, CA 95242-3249

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SACRAMENTO, California in the ordinary course of business.

Fee for Service: $ 25.00

River City Process Service, Inc.
901 H Street, Suite 207
Sacramento, CA 95814
(877) 446-2051

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 24, 2015.

Signature: _____
JOHN E ARNOLD

**PROOF OF SERVICE BY MAIL**

Order#: 109714/mailproof