# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID GORDON OPPENHEIMER** | CASE: **2:15−CV−01240−TLN−EFB (TEMP)** |
| vs. | |
| **WEST COAST AERIAL SERVICES, ET AL.** | **ORDER OF REASSIGNMENT** |

Due to the elevation of Magistrate Judge Dale A. Drozd to the position of United States District Judge, the court finds the necessity to assign a magistrate judge temporarily to the above captioned case until a new magistrate judge is appointed.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **temporarily reassigned** to Magistrate Judge Edmund F. Brennan until a new magistrate judge is appointed. The new case number for this action, which must be used on all documents filed with the court, is:

**2:15−CV−01240−TLN−EFB (TEMP)**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED: November 6, 2015

**MORRISON C. ENGLAND, JR.**, CHIEF
U.S. DISTRICT COURT JUDGE