# PROOF OF SERVICE
(CCP § 1013)
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18, employed in the County of Los Angeles, State of California, and not a party to the within action; my business address is 2811 Wilshire Blvd., Suite 780, Santa Monica, CA 90403.

On May 11, 2016. I served a copy of the document described as:

**NOTICE OF AMENDED HEARING DATE**

On the party or parties named below, by placing true copies thereof enclosed in sealed envelopes, and sent as follows:

Marcus Bastida
Park Stanbury LLP
444 South Flower Street, Nineteenth Floor
Los Angeles, CA 90071

Barry Macomber and West Coast Aerial Services
673 Pestana Dr.
Galt, CA 95632

Barry Macomber and West Coast Aerial Services
2367 Hyde Park Cir.
Lodi, CA 95242

__X__ **BY FIRST CLASS MAIL** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit in mailing affidavit.

__ **ELECTRONIC SERVICE**: I provided the document(s) listed above via email to counsel as stated on the attached service list.

X **FEDERAL:** I declare that I am employed in the office of a member of a bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 11, 2016, at Los Angeles, California.

MELISSA WILSON